# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR. A former member of the State Bar of California.

v.

THE STATE BAR OF CALIFORNIA;
THE BOARD OF GOVERNORS OF THE STATE BAR,
individually and in their official capacities;
THE STATE BAR JOURNAL: Dean Kinley, Publisher;
Nancy McCarthy, Editor & General Manager; Kristina Horton
Flaherty, Staff Writer; David Cunningham, Prodction
Coordinator Kathleen Beitiks, Web Editor; Diane
Curtis, Staff Writer; all individually and official
capacities; and DOES 1-10, Inclusive.

*ADR*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**CV 08 - 80066 MISC. JW**

TO: (Name and address of defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FELIX TORRES, JR.
P.O. BOX 8065
LAGUNA HILLS, CA 92654
PHONE: 650-906-1346
EMAIL: boalt77@yahoo.com

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 1 3 2008

Tiffany Salinas-Harwell
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure