**Filed**

MAR 13 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

ADR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FELIX TORRES, JR. A former member of the State Bar of California

Plaintiff(s),

v.

STATE BAR OF CALIFORNIA et al.

Defendant(s).

No. CV 08-80066 MISC. JW

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 03-04-2008          Signature _____

Counsel for  pro per
(Plaintiff, Defendant, or indicate "pro se")