Clear Form

**Filed**

APR 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX TORRES, JR. | ) |
|  | ) CASE NO. 08-MC80066 JW |
| Plaintiff, | ) |
|  | ) APPLICATION TO PROCEED |
| vs. | ) IN FORMA PAUPERIS |
|  | ) (Non-prisoner cases only) |
| STATE BAR OF CALIFORNA et al. | ) |
|  | ) |
| Defendant. | ) |

I, __FELIX TORRES, JR.__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary
1-85  $2400 A MONTH.  UNION BANK
GROSS

- 1 -

1  and wages per month which you received.
2  1-85 Union Bank (San Diego)
3  $2400 Gross
4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7      a.    Business, Profession or                      Yes ___ No _X_
8            self employment?
9      b.    Income from stocks, bonds,                   Yes ___ No _X_
10           or royalties?
11     c.    Rent payments?                                Yes ___ No _X_
12     d.    Pensions, annuities, or                       Yes ___ No _X_
13           life insurance payments?
14     e.    Federal or State welfare payments,            Yes _X_ No ___
15           Social Security or other govern-
16           ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 SS Monthly Disability payment $1516.00
20 _____
21 3.    Are you married?                                  Yes ___ No _X_
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.    a.    List amount you contribute to your spouse's support:$ _____
27        b.    List the persons other than your spouse who are dependent upon you for support
28              and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1     children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.    Do you own or are you buying a home?     Yes \_\_\_ No _X_

5 Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.    Do you own an automobile?     Yes _X_ No \_\_\_

7 Make _Jeep_     Year _2006_     Model _Grand Cherokee_

8 Is it financed? Yes _X_ No \_\_\_ If so, Total due: $ _19,000_

9 Monthly Payment: $ _546.62_

10   7.    Do you have a bank account? Yes _X_ No \_\_\_ (Do not include account numbers.)

11 Name(s) and address(es) of bank: _US Bank_

12     _El Toro, CA_

13 Present balance(s): $ _200.00_

14 Do you own any cash? Yes \_\_\_ No _X_ Amount: $ _____

15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16 market value.)     Yes _X_ No \_\_\_

17 _$1800.00 Settlement (see declaration attached)_

18   8.    What are your monthly expenses?

19 Rent: $ _-0-_     Utilities: _____

20 Food: $ _300.00_     Clothing: _____

21 Charge Accounts:

22 Name of Account     Monthly Payment     Total Owed on This Account

23 _Dental Yes_   $ _100.00_     $ _1800.00_

24 _____ $ _____ $ _____

25 _____ $ _____ $ _____

26   9.    Do you have any other debts? (List current obligations, indicating amounts and to whom

27 they are payable. Do not include account numbers.)

28 _C-phone $55, Auto gas $300.00, Auto Ins $120.00_

1
2   10.   Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?   Yes ___  No _X_
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   _____
7   _____
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10  April 2, 2008
11  ~~March 2, 2008~~
12      DATE                            SIGNATURE OF APPLICANT

- 4 -