FELIX TORRES, JR.
P.O. BOX 8065
LAGUNA HILLS, CA 92654
TELEPHONE: 650-906-1346
Email: boalt77@yahoo.com

**Filed**

APR 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FELIX TORRES, JR.,

    Plaintif,

vs.

THE STATE BAR OF CALIFORNIA;
THE BOARD OF GOVERNORS OF
THE STATE BAR, individually and in
their official capacities; THE STATE
BAR JOURNAL; Dean Kinley,
*Publisher;* Nancy McCarthy, *Editor &
General Manager;* Kristina Horton
Flaherty, *Staff Writer;* David
Cunningham, *Production Coordinator*
Kathleen Beitiks, *Web Editor;* Diane
Curtis, *Staff Writer; all* individually and
official capacities; and DOES 1-10,
Inclusive.
    Defendants.0

**Case No. 08- MC-80066 JW**

DECLARATION IN SUPPORT OF
FILING PAUPER PAUPERIS
APPLICATION RE FILING FEE
WAIVER

I FELIX TORRES, JR, declare as follows;

1. I am the Plaintiff in the above named lawsuit and if called to testify I could

DECLARTION IN SUPPORT OF FEE WAIVER 1

Competently testify that;

2. I have filed FIFTEEN federal lawsuits from 1999 through 2008.

3. In these lawsuits my pauper pauperis applications in most of those cases have been approved by federal judges in this district.

4. The last approval came in Torres v UCSC et al. Case No. **C08-00857 JW**.

5. Two of cases required no fees and two cases were dismissed pursuant to a pre filing court Order of this court against certain named defendants.

6. My pauper pauperis financial declarations in all of the proceedings have been based on the same or similar financial date e.g. receiving social security disability funds which met my basic living expenses.

7. My auto payment of $596.62 is in reality my rent payment because I live out of my car.

8. In a recent settlement of a case on Appeal Torres v Chrysler Financial et al. Case No.   I received a settlement of $1800.00 on   Please see attachment A to this declaration.

9. Of the $1800.00 I bought a $1050.00 HP laptop computer for personal use. This price covered the laptop and three year warranty against all loses excepting thief.

10. My prior laptop was damaged beyond repair six months ago.

DECLARTION IN SUPPORT OF FEE WAIVER 2

11. I have pending in this Northern Federal District the following cases Torres v UCSC t al. ; Torres v Wells Fargo Bank;  Torres v State Bar of California et al. Case No. 08-mc-80066 JW; Torres v HSBC Bank of Nevada and in the Central District Torres v  The City of Laguna Niguel  et al..

12. The City of Laguna Niguel case is in discover and trial preparation regarding documents; exhibits, exhibit videos/pictures, deposition summaries etc.

13. I need this state of the art laptop to prepare for my cases.

14. The local public libraries only allow patrons one hour on there computers.

15. Thus, for six months I have been traveling from one library to another for computer usage.

16. I also purchase a new battery for my car that has a three year warranty with the $1800.00.  Please see attached Exhibit B.

17. With the rest of the $1800.00. I paid up a month in arrearage auto payment of $596.62.  I had been in arrearages for over a year sustaining late payment charges in the amount of $30.00 of a very month in arrearage.

18. The auto finance company starts repossession proceeding if two payments are late.

DECLARTION IN SUPPORT OF FEE WAIVER 3

19. If my request for fee waiver is not approved in total I will not make my April 23, 2008 auto payment and use that auto payment to meet the filing fee.

I DECLARE UNDER PENALY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. EXECUTED ON THIS DAY IN ORANGE COUNTY, CALIFORNIA.

DATED: April 2, 2008



DECLARTION IN SUPPORT OF FEE WAIVER 4



Joshua E. Whitehair
Associate
Direct Line: (415) 677-5631
jew@severson.com

# Severson &Werson

A Professional Corporation

One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

January 23, 2008

**VIA FIRST CLASS MAIL**

Felix Torres, Jr.
P.O. Box 8065
Laguna Hills, CA 92654

Re:   *Torres v. Chrysler Financial Co., et al.*

Dear Mr. Torres:

I am in receipt of your email of January 14, 2008, and understand that you are offering to settle the above entitled action currently on appeal and the alleged CLRA issue addressed in your letter dated December 18, 2007 for $1,800.00.

Chrysler Financial has authorized me to accept your settlement offer. Enclosed is a copy of the Settlement Agreement and General Release. Please sign and return it to me. I will then return to you a fully executed copy at which point you can proceed to voluntarily dismiss your appeal pursuant to Federal Rule of Appeal Procedure 42 by filing the enclosed motion for dismissal. Once this is accomplished, Chrysler Financial will issue the settlement funds in your name and address.

Please note that the Settlement Agreement between you and Chrysler Financial does not alter or extinguish any pre-existing financial obligations you have with respect to your vehicle.

Thank you for your cooperation in this matter.

Very truly yours,

*Joshua Whitehair*

Joshua E. Whitehair

JEW:jw

Enclosures

10000/0152/655008.1

San Francisco & Orange County



that was easy.

Low prices. Every item. Every day.
26791 Aliso Creek Rd.
Aliso Viejo, CA 92656
(949) 448-4120

SALE                    610227 9 002 71489
                        0743 02/21/08 12:40
QTY SKU                            OUR PRICE

```
     REWARDS NUMBER 3043610744
1  HP PAVILION DV9720
     883585715688              749.98
   Instant Savings #97736 <-60.00>
1  3YRLAPTOPW/SCREEN
     651369                    249.99N
     Salesperson #621028
SUBTOTAL                       999.97
     Standard Tax 7.75%         58.12
TOTAL                        $1058.09

Debit Tender:                 1058.09
Card No.: XXXXXXXXXXXX6417 <S>
Auth No.: 022335
```

TOTAL ITEMS    2

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

This month! Shred it, Protect it,
Back it up.
Learn more at
Staples.com/SecuritybyStaples.



0743022108714890 2

Purrfect Auto Service

```
PURRFECT AUTO SERVICE 272                    Tel: 949-360-8002
27802 ALISO CREEK RD. # D-190                ARD#: BAR-AC251015
                                             EPA#: CAL000321126
ALISO VIEJO, CA 92656
(In: 12:04 PM) (Out: 4:26 PM) Day Out: 02/20/08    PAGE NO: 1 OF 1
```

| CUSTOMER INFORMATION | | VEHICLE INFORMATION | |
|---|---|---|---|
| NAME: | FELIX TORRES | YEAR: 2006 | MAKE: JEEP |
| ADDRESS: | P.O BOX 8065 | MODEL: GRAND CHEROKEE | LICENSE #: 5RSN020 |
| CITY: | LAGUNA HILLS, CA 92654 | ODOMETER: 0 | ENG SIZE: 3.7 |
| RES TEL: | 650-906-1346 | | |
| BUS TEL: | | | |
| EMAIL: | | Invoice No: 11355 | |
| DATE: | 2/20/2008 | | |

**THIS IS A FINAL INVOICE. YOU MAY PAY THE AMOUNT STATED.**

```
SERVICES PERFORMED:
    Labor:DESCRIPTION                                              AMOUNT
       REPLACE BATTERY.............................................  20.00
    Parts:QTY    DESCRIPTION                      PART#           AMOUNT
       1 .....BATTERY................................BP48-91-65    110.00
    3 YEAR WARRANTY
```

                          **AMOUNT DUE**                          **PAYMENT METHOD**

| Total Parts: 110.00 | Sales Tax: 8.53 | Total Labor: 20.00 | Cash: .00 | CC: 138.53 |
| Smog Cert: .00 | Haz. Waste Fee: .00 | Discount: .00 | Check: .00 | Fleet: .00 |
| E-Trans. Fee: .00 Shop Sup.Fee: .00 | **TOTAL DUE: $138.53** | | Deposit: 138.53 | |

I hereby acknowledge receipt of this contract and agree to the terms and conditions on the reverse side of this contract.
I ACKNOWLEDGE NOTICE AND ORAL APPROVAL OF ORIGINAL OR INCREASE IN ORIGINAL ESTIMATED PRICE. THE TOTAL FINAL ESTIMATE I APPROVED IS $138.53.
CUSTOMER SIGNATURE:X_____          DATE:_____

**OLD PARTS RECEIPT STATEMENT**
I hereby acknowledge that all of my old parts were replaced as per invoice referenced above were returned to me and I either personally disposed of them or requested the technician to dispose of them after I saw them. The old oil filter, transmission filter and/or parts on which core charges are applicable, if applicable, were not given to me. However, I did see the oil filter, transmission filter and/or parts on which core charges are applicable, before they were disposed of.
CUSTOMER SIGNATURE:X_____