**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Felix Torres, Jr., | NO. C 08-80066 MISC JW |
| Plaintiff, | **ORDER RE: PRE-FILING REVIEW OF COMPLAINT** |
| v. | |
| State Bar of California, et al., | |
| Defendants. | |

By an Order dated April 7, 2006 in case C-05-03795-JW ("April 7, 2006"), any complaint filed by Plaintiff against the State Bar of California is subject to pre-filing review by a judge of this Court. (See Docket Item No. 45.) On March 4, 2008, Plaintiff submitted a new Proposed Complaint against the State Bar of California and other related entities.

Specifically, Plaintiff may not file the same claims previously brought by him in Torres v. California Supreme Court, et al., Case No. 00-03412 MMC; Torres v. California Supreme Court, et al., Case No. 01-01574 SI; Torres v. Califarnia State Bar, et al., Case No. 04-01340 RS; Torres v. California State Bar, et al., Case No. 04-02296 RS; Torres v. California State Bar, et al., Case No. 04-04022 JW; Torres v. California State Bar, et al., Case No. 05-03794 JW; and Torres v. State Bar of California, et al., Case No. 05-03795 JW. These claims were dismissed as barred by the statute of limitations, the Rooker-Feldman doctrine, Eleventh Amendment immunity, lack of subject matter jurisdiction, and failure to comply with the California Tort Claims Act.

In his latest proposed Complaint, Plaintiff alleges that Defendants posted his disciplinary record under his name on the state bar website. Plaintiff alleges that this act constituted defamation and violated his rights to due process. The actions complained of are the final steps in the state bar's disciplinary process. Regardless, Plaintiff alleges the same underlying claims, which are subject to the same grounds of dismissal in his prior cases against these same entities and individuals. Therefore, he is barred from filing his complaint.

Accordingly, the Court DENIES Plaintiff's request to file a new Complaint. The Clerk shall return the papers to Plaintiff without filing and close this miscellaneous action.

Dated: May 2, 2008

JAMES WARE
United States District Judge

2

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Felix Torres
PO Box 8065
3 Laguna Hills, CA 92654

5 **Dated: May 2, 2008**                              **Richard W. Wieking, Clerk**

                                                      **By:  /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California