FELIX TORRES, JR.
P.O. BOX 8065
LAGUNA HILLS, CA 92654
TELEPHONE: 650-906-1346
Email: boalt77@yahoo.com

# UNITED STATES DISTRICT COURT
# NORHTERN CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FELIX TORRES, JR. | Case No.: 08-80066 JW |
| Plaintiff, | NOTICE OF APPEAL |
| vs. | |
| STATE BAR OF CALIFORNIA, et al. | |
| Defendants | |

PLAINTIFF, Felix Torres, Jr. hereby appeals the Court's Judgment of May 2, 2008, dismissing Plaintiff complaint under a pre-filing Order.

Dated this 8th day of May, 2008

FELIX TORRES, JR.

NOTICE OF APPEAL