UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

May 21, 2008

**CASE INFORMATION:**
Short Case Title:  <u>FELIX TORRES, JR.</u>-v- <u>STATE BAR OF CALIFORNIA, ET AL.</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>San Jose Division, Judge James Ware</u>
Criminal and/or Civil Case No.: <u>MC 08-80066 JW  </u>
Date Complaint/Indictment/Petition Filed: 3/13/08
Date Appealed order/judgment *entered* <u>5/2/08</u>
Date NOA *filed* <u>5/14/08</u>
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):      ☐  granted in full (attach order)          ☐  denied in full (send record)
                             ☐  granted in part (attach order)         ☐   pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                          Date Docket Fee Billed:
Date FP granted:                                Date FP denied "as moot"
Is FP pending? ☐ yes  ☐ no                                      Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                              Appellee Counsel:
Felix Torres, Jr.
P.O. Box 8065
LaGuna Hills, CA 92654
650-906-1346
Fax: 801-515-9461
PRO SE

☐ retained  ☐ CJA  ☐ FPD  ☒ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                    Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                       9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Cindy Vargas</u>